MARY GOUDREAU v. THE CITY OF ST. IGNACE. ISAAC
GOUDREAU v. SAME. WILLIAM BROOKS v. SAME.
GEORGE ORTH v. SAME.

*Taxes.*

These four cases are ruled by *Chamberlain v. City of St. Ignace*,
92 Mich. 332.

Error to Mackinac. (Pailthorp, J.) Submitted on briefs
October 6, 1893. Decided November 10, 1893.

*Assumpsit.* Defendant brings error. Reversed, and
judgment entered for defendant. The facts are stated in
the opinion, and in 92 Mich. 332.

*James McNamara,* for appellant.

*James J. Brown,* for plaintiffs.

LONG, J. These causes were heard in the circuit court
for the county of Mackinac on August 5, 1891, before the
court without a jury, and judgments rendered therein in
favor of the plaintiffs. Stipulations had been signed by
the attorneys of the respective parties, by which it was
agreed that the facts were substantially the same as in the case
of *Eli B. Chamberlain v. City of St. Ignace* (92 Mich. 332),
and that the findings of the court in the cases should be
of the same import and effect, except the items of taxes,
which were set out in the stipulations. The same facts
were found as in the Chamberlain case, and the same con-
clusions of law reached, and judgment entered for the
plaintiff in each case. The present cases were decided
before the Chamberlain case was heard in this Court, and the
causes appealed before that case was decided. These cases

must be ruled by that, and the judgment of the court below in each case reversed, and judgment entered here in favor of defendant, with costs of both courts.

The other Justices concurred.